# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :  No. 39 WM 2016

              Respondent  :

                 v.  :

MEARL TRAPPER CLARK,  :

              Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of May, 2016, the "Application for Reconsideration" is **DENIED**.